UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ROBERTSON,
    Plaintiff,

-vs-                                    Case No. 2:15-cv-13446
                                            Hon. Avern Cohn
                                            Mag. Judge: Mona K. Majzoub

PINNACLE ASSET GROUP, LLC, *et al.*
    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TIME TO SERVE DEFENDANTS AND TO OPEN DISCOVERY

Upon review of Plaintiff's Motion to Extend the Time to Serve Defendants and to Open Discovery, it is

ORDERED, that Plaintiff is provided an additional 90 days beyond the date of this Order to complete service of process upon Defendants Regency Partners, LLC, PRG & Associates, LLC, John Does 1, 2 and 5, and Jane Doe 1, and it is

ORDERED, that Plaintiff may immediately conduct discovery for the limited purpose of obtaining identification and location information for Regency Partners, LLC, PRG & Associates, LLC, John Does 1, 2 and 5, and Jane Doe 1.

Dated: February 18, 2016                  s/Avern Cohn
                                                        Hon. Avern Cohn
                                                          United States District Judge