UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ROBERTSON,

    Plaintiff,

v.                                              Case No. 15-13446

PINNACLE ASSET GROUP, LLC.,              HON. AVERN COHN
et al.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Doc. 14)[1]

This is a case under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Since the complaint was filed in 2015, plaintiff has had difficultly identifying and serving defendants. The Court granted plaintiff an extension of time to serve defendants and opened discovery for the purpose of identifying defendants. (Doc. 6). Plaintiff obtained the needed discovery which revealed more defendants.

Before the Court is plaintiff's motion for leave to file a second amended complaint to add several defendants. The defendants served to date have not objected to plaintiff's request.

The motion is GRANTED. See Fed. R. Civ. P. 15(b). The case shall proceed on plaintiff's second amended complaint which plaintiff shall separately file.

SO ORDERED.

                                                              S/Avern Cohn
                                                              AVERN COHN
                                                              UNITED STATES DISTRICT JUDGE

Dated: May 8, 2017
        Detroit, Michigan

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f)(2).